GIANT TIGER DRUGS, INC., *v.* OHIO.

No. 807.   Decided June 5, 1961.

*H. H. Felsman* for appellant.

*John F. Ray, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.